**No. 09-10601. Thomas Davis, Petitioner v. Raymond Booker, Warden.**

562 U.S. 1086, 131 S. Ct. 689, 178 L. Ed. 2d 519, 2010 U.S. LEXIS 9086.

November 29, 2010. Petition for rehearing denied.

Former decision, 562 U.S. 847, 131 S. Ct. 92, 178 L. Ed. 2d 58, 2010 U.S. LEXIS 6084.

**No. 09-10615. Darryl Keith Baker, Petitioner v. Kentucky.**

562 U.S. 1086, 131 S. Ct. 689, 178 L. Ed. 2d 519, 2010 U.S. LEXIS 9430.

November 29, 2010. Petition for rehearing denied.

Former decision, 562 U.S. 847, 131 S. Ct. 94, 178 L. Ed. 2d 59, 2010 U.S. LEXIS 5919.

**No. 09-10683. George A. DaCosta, Petitioner v. Union Local 306 of the Motion Picture Projectionists, Operators, Video Technicians, Theatrical Employees & Allied Crafts, et al.**

562 U.S. 1086, 131 S. Ct. 689, 178 L. Ed. 2d 519, 2010 U.S. LEXIS 9198.

November 29, 2010. Petition for rehearing denied.

Former decision, 562 U.S. 849, 131 S. Ct. 98, 178 L. Ed. 2d 61, 2010 U.S. LEXIS 6221.

**No. 09-10724. In re Jeffrie Anteries Daniel, Petitioner.**

562 U.S. 1086, 131 S. Ct. 689, 178 L. Ed. 2d 519, 2010 U.S. LEXIS 9144.

November 29, 2010. Petition for rehearing denied.

Former decision, 562 U.S. 826, 131 S. Ct. 101, 178 L. Ed. 2d 259, 2010 U.S. LEXIS 7719.

**No. 09-10742. Alan Wade Johnson, Petitioner v. Brad Livingston, Executive Director, Texas Department of Criminal Justice, et al.**

562 U.S. 1086, 131 S. Ct. 689, 178 L. Ed. 2d 519, 2010 U.S. LEXIS 9244.

November 29, 2010. Petition for rehearing denied.

Former decision, 562 U.S. 851, 131 S. Ct. 106, 178 L. Ed. 2d 65, 2010 U.S. LEXIS 6363.

**No. 09-10778. Sherry Studli, Petitioner v. Charles A. Crimone, et al.**

562 U.S. 1086, 131 S. Ct. 690, 178 L. Ed. 2d 519, 2010 U.S. LEXIS 9055.

November 29, 2010. Petition for rehearing denied.

Former decision, 562 U.S. 851, 131 S. Ct. 108, 178 L. Ed. 2d 66, 2010 U.S. LEXIS 6124.